# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| ANDRES QUINTANILLA on behalf of himself and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>ANP INC., NAZAR ALI MOMIN and PIYAR QASSIM ALI, Individually<br><br>   Defendants. | § § § § § § § § § § § § | CIVIL ACTION NO. 4:09-cv-01101 |

## RULE 41 NOTICE OF VOLUNTARY DISMISSAL

1.      Plaintiff files this Notice of Voluntary Dismissal of all claims prior to any Answer or Summary Judgment being filed by any Defendant to inform the Court that he no longer wishes to pursue this matter.  This Notice is being filed pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

2.      Plaintiff requests that the court clerk make the appropriate notation in the courts records so that this matter is reflected as dismissed.

Respectfully submitted,

KENNEDY HODGES, L.L.P.

By: _____
Galvin B. Kennedy
State Bar No. 00796870
Federal Bar No. 20791
3701 Kirby Drive, Suite 400
Houston, Texas 77098
Telephone: 713-523-0001
Facsimile:  713-523-1116

ATTORNEY IN CHARGE FOR PLAINTIFFS